**FILED**

**OCT 29 2025**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:25 CR 536 |
| LARRY LEON DWIGHT WILEY, | ) | Title 18, United States Code, Sections 111(a)(1) and (b), 1113, 1114(a)(3), 922(g)(1), 924(a)(8) and (c)(1)(A)(iii) |
| Defendant. | ) | |

**JUDGE RUIZ**

### COUNT 1
(Attempted Murder of a Federal Officer, 18 U.S.C. § 1114(a)(3))

The Grand Jury charges:

1. On or about October 15, 2025, in the Northern District of Ohio, Eastern Division, Defendant LARRY LEON DWIGHT WILEY did, with malice aforethought, attempt to unlawfully kill an officer and employee of the United States, while such officer and employee was engaged in and on account of the performance of his official duties, in violation of Title 18, United States Code, Sections 1114(a)(3) and 1113.

### COUNT 2
(Assault on Federal Officers with a Deadly Weapon, 18 U.S.C. § 111(a)(1) and (b))

The Grand Jury further charges:

2. On or about October 15, 2025, in the Northern District of Ohio, Eastern Division, Defendant LARRY LEON DWIGHT WILEY knowingly and intentionally forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with officers and employees of the United States, individuals designated in Title 18, United States Code, Section 1114, while such officers and employees were engaged in and on account of the performance of their official

duties, said act involving the use of a deadly or dangerous weapon and the infliction of bodily injury, in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

## COUNT 3
(Using, Carrying, and Discharging a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. § 924(c)(1)(A)(iii))

The Grand Jury further charges:

3. On or about October 15, 2025, in the Northern District of Ohio, Eastern Division, Defendant LARRY LEON DWIGHT WILEY did use and carry a firearm, during and in relation to a crime of violence, which may be prosecuted in a court of the United States, to wit: Attempted Murder of a Federal Officer, in violation of Title 18, United States Code, Sections 1114(a)(3) and 1113, as charged in Count 1 of this Indictment, and Assault on Federal Officers with a Deadly Weapon, in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b), as charged in Count 2 of this Indictment, and did discharge said firearm, in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

## COUNT 4
(Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

4. On or about October 15, 2025, in the Northern District of Ohio, Eastern Division, Defendant LARRY LEON DWIGHT WILEY, knowing he had been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Felonious Assault, in case number CR-09-529987, on or about July 9, 2010, in the Cuyahoga County Court of Common Pleas; Domestic Violence, in case number CR-07-499080, on or about January 26, 2009, in the Cuyahoga County Court of Common Pleas; Aggravated Robbery with Firearm Specification, in case number CR-00-387243, on or about May 10, 2000, in the Cuyahoga

County Court of Common Pleas; Burglary, in case number CR-99-373268, on or about May 24, 1999, in the Cuyahoga County Court of Common Pleas; and Assault on a Peace Officer, in case number CR-98-360048, on or about May 27, 1998, in the Cuyahoga County Court of Common Pleas, knowingly possessed in and affecting interstate commerce a firearm and ammunition, to wit: a Hi-Point, Model CF380 .380 caliber pistol bearing serial number P8102334, and Spear and Winchester ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

5. The allegations of Counts 3 and 4 are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing offenses, Defendant LARRY LEON DWIGHT WILEY shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violations charged in Counts 3 and 4; including, but not limited to, the following: a Hi-Point, Model CF380 .380 caliber pistol bearing serial number P8102334, and Spear and Winchester ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.